UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CENTERSTATE BANK OF FLORIDA, N.A.,

    Plaintiff,

v.                                                  Case No.  5:12-cv-6-Oc-32TBS

DANIEL E ADAMS, et al.,,

    Defendant.
_____/

## ORDER

Pending before the Court is the parties' Joint Motion for an Enlargement of Time to Complete a Case Management Report and Otherwise Fulfill Local Rule 3.05 Obligations (Doc. No. 26).  Pursuant to Local Rule 3.01(g), counsel for defendant, LNV Corporation represents that the attorneys for the other parties have been contacted and either join in the motion or have no objection to the requested extension of time.  Upon due consideration, the motion is hereby GRANTED.  The parties shall have through April 2, 2012 within to fulfill their Local rule 3.05 obligations and file their Case Management Report.  The parties are encouraged to promptly file their motions to transfer venue, consolidate and compel mediation.

    IT IS SO ORDERED.

    DONE AND ORDERED in Ocala, Florida, on February 1, 2012.

Copies to all Counsel

THOMAS B. SMITH
United States Magistrate Judge